UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SCOTTY L. WALL,

|  | |
|---|---|
| Plaintiff, | **PLAINTIFF'S STATEMENT OF DAMAGES CLAIMED** |
|  | **Civil No. 6:19-cv-06387 (EAW) (MWP)** |

-vs-

CHARTER COMMUNICATIONS, INC., f/k/a
TIME WARNER CABLE, INC, d/b/a SPECTRUM,

Defendant.

_____

Plaintiff seeks recoverable damages for back wages, future wages, compensatory damages for physical, mental and emotional pain and suffering, punitive damages and attorneys fees, as follows:

**<u>BACK WAGES</u>**

**<u>$260,999</u>**

Plaintiff earned approximately $68,729/yr at Charter Communications, Inc. Claimant was age 47 at time of his termination on 1/25/2017 and planned to retire at age 72.

Calculation:  2017: $68,729- $32,026.00 = **$32,026.00**
2018: $68,729- $33,804.00 = **$34,925.00**
2019: $68,729- $17,280.00 = **$51,449.00**
2020: $68,729- $33,804.00 = **$34,925.00**
2021: $68,729- $33,804.00 = **$34,925.00**
2022: $68,729- $33,804.00 = **$34,925.00**
2023: $68,729- $33,804.00 = **$34,925.00**

**Total:  $260,999**

**<u>MEDICAL BENEFITS</u>**

**<u>$3,281</u>**

As a result of his termination, Mr. Wall incurred additional medical costs that he would not have incurred had he not been terminated by Charter. Based on Charter's Confirmation of Benefits Statement dated December 22, 2016, Mr. Wall's 2017 annual benefits premiums were reported

to be $5,554 (consisting of medical $4,824, dental $610, and vision $120). After Mr. Wall's termination from Charter, he switched his family coverage to his wife's medical insurance provided by her employer, New Life Ministries Inc. Based on Mrs. Wall's 2017 Form W-2 statement, the employee's annual medical payments totaled $8,835, which represents an increase of $3,281 in medical costs.

## CABLE/INTERNET COSTS

## $23,366

While employed at Charter, Mr. Wall received discounted employee cable service rates. Based on Mrs. Wall's estimates of amounts paid for cable and internet in 2016 and an estimate of future monthly invoices at $50 per month starting in 2017 growing at 2% per annum (average inflation rate his lost the amount of $23,366 based on the difference between  what Mr. Wall would have paid had he remained employed at Charter and received an employee discount for cable and internet services and  what he was or will be paying after being terminated by Charter.

## FUTURE LOST WAGES: $488,950

Calculated from the date of trial through plaintiff's work life expectancy to age 72 which is 14 years. **($34,925.00 per year lost x 14 years) = $488,950.**


**PAIN AND SUFFERING:** Amount to be determined by the Jury.

**MEDICAL EXPENSES:** Approximately $5,000.00.

**ATTORNEYS FEES:** To be determined by the Court upon plaintiff counsel's application to the Court for attorneys fees.

**PUNITIVE DAMAGES:** Amount to be determined by the Jury.

Dated: May 11, 2023
      Rochester, New York


                BROWN HUTCHINSON LLP
By:   /s/ Michael Cobbs, Esq.
                Michael Cobbs, Esq.
                Attorneys for Plaintiff, Scotty L. Wall
                925 Crossroads Building
                Two State Street
                Rochester, New York 14614
                (585) 454-5050 (Phone)
                (585) 454-5066 (Facsimile)
                mcobbs@brownhutchinson.com