UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SCOTTY L. WALL,

              Plaintiff,

        v.

CHARTER COMMUNICATIONS, INC.
f/k/a TIME WARNER CABLE, INC.
d/b/a SPECTRUM,

              Defendant.

_____

**VERDICT SHEET**

6:19-CV-06387 EAW

## Section I: Liability

(1)    Do you find that the Plaintiff has demonstrated by a preponderance of the evidence each and every element of his race discrimination claim pursuant to Title VII?

        Yes _____    No _X_

*Only answer Question 1(a) if you answered "Yes."*

(a) Do you find that the Defendant has demonstrated by a preponderance of the evidence that it would have made the same decision, even if race discrimination played no role in the employment decision?

        Yes _____    No _____

*Proceed to Question 2.*

- 1 -

(2)     Do you find that the Plaintiff has demonstrated by a preponderance of the evidence each and every element of his race discrimination claim pursuant to the New York State Human Rights Law?

Yes _____     No _X_

*Only answer Question 2(a) if you answered "Yes."*

(a) Do you find that the Defendant has demonstrated by a preponderance of the evidence that it would have made the same decision, even if race discrimination played no role in the employment decision?

Yes _____     No _____

*Proceed to Question 3.*

(3)     Do you find that the Plaintiff has demonstrated by a preponderance of the evidence each and every element of his disability discrimination claim pursuant to the Americans with Disabilities Act?

Yes _____     No _X_

*Proceed to Question 4.*

- 2 -

(4)    Do you find that the Plaintiff has demonstrated by a preponderance of the evidence each and every element of his disability discrimination claim pursuant to the New York State Human Rights Law?

Yes **X**     No_____

*Proceed to Section II only if __any__ of the following are true:*
*--You answered "Yes" to Question 1, and "No" to Question 1(a);*
*--You answered "Yes" to Question 2, and "No" to Question 2(a);*
*--You answered "Yes" to Question 3; and/or*
*--You answered "Yes" to Question 4.*
*Otherwise, sign and date the Verdict Form in the space indicated below and inform the Judge that you have arrived at a unanimous verdict.*

## Section II: Damages

(5)    Compensatory Damages.

What amount, if any, in compensatory damages do you find will fairly and adequately compensate the Plaintiff for the damages, if any, that were proximately caused by the Defendant?

Back Pay:   $_____450,000_____

Front Pay:   $_____0_____

Non-Economic Damages:     $_____150,000_____

*Proceed to Question 6.*

(6)    Nominal Damages

If you answered "Yes" to Questions 1, 2, 3, and/or 4, but did not award any compensatory damages to the Plaintiff in response to Question 5, you are required to award the Plaintiff nominal damages, not to exceed one dollar.

$_____

*Proceed to Question 7 and/or 8.*

(7)    Punitive Damages

Do you find that the Plaintiff has demonstrated that punitive damages are warranted in this case?

_____          _X_
Yes          or          No

(8)    If you answered "Yes" to Question 7, please specify the amount of punitive damages awarded to the Plaintiff:

$_____

**STOP: Please proceed to the signature page.**

## SIGNATURE PAGE

Instructions to the Foreperson:   Once you have indicated the jury's answers to the questions above and have been directed by the instructions to the signature page, simply sign and date this page in the space provided below.  Then inform the court security officer that you have finished deliberating.

By his signature below, the jury foreperson affirms that the above are the answers of the unanimous jury in the case of *Scotty L. Wall v. Charter Communications, Inc. f/k/a Time Warner Cable, Inc. d/b/a Spectrum,* 6:19-CV-06387.

S/FOREPERSON
                    , FOREPERSON

Dated: June 30 , 2023